IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MANUEL RODRIGUEZ,
#A070766210                                                                                         PLAINTIFF

v.                                              5:09CV00061HLJ

TINA BUCHANNA                                                                                    DEFENDANT

## ORDER

This matter is before the Court on the defendant's motion to dismiss (DE #15). As of this date, plaintiff has not filed a response to the motion. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff shall file a response to defendant's motion to dismiss within ten (10) days of the date of this Order. Failure to respond to this Court's Order shall result in the dismissal without prejudice of the plaintiff's complaint. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 26th day of May, 2009.

_____
United States Magistrate Judge