# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**MANUEL RODRIGUEZ,**
**#A070766210**                                                                                         **PLAINTIFF**

**v.**                         **5:09CV00061BSM/HLJ**

**TINA BUCHANNA**                                                      **DEFENDANT**

## ORDER

The court has received the proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After a review of those proposed findings and recommendations, the court adopts them in their entirety.

Accordingly, defendant's motion to dismiss is GRANTED and plaintiff's complaint against defendant is DISMISSED with prejudice.

The court hereby certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any *in forma pauperis* appeal taken from an order and judgment dismissing this action is considered frivolous and not in good faith.

An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 14th day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE